**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

SHIVKARANJOT SINGH,      )
          )
       Petitioner,     )
v.             )     NO.  CIV-26-1306-HE
          )
WARDEN, DIAMONDBACK    )
CORRECTIONAL FACILITY, ET AL.,  )
          )
       Respondents,   )

## ORDER

In light of counsel's further submissions [Doc. #7], petitioner is granted leave to proceed without association of local counsel, contingent on his non-resident counsel filing forthwith an entry of appearance per LCvR83.4.

**IT IS SO ORDERED**.

Dated this 10th day of June, 2026.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE