**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

SHIVKARANJOT SINGH,         )
                                   )
          Petitioner,      )
                                   )
-vs-                        )     NO. CIV-26-1306-HE
                                 )
WARDEN OF DIAMONDBACK    )
CORRECTIONAL FACILITY, et al.,  )
                                 )
         Respondents.    )
                                 )
                                 )

## JUDGMENT

In accordance with the order entered this date, the petition for writ of habeas corpus

pursuant to 28 U.S.C. § 2241 is granted in part.

**IT IS SO ORDERED**.

Dated this 24th day of June, 2026.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE